# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00708-CR

**Maurice Samuel Arrington, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 69198, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Maurice Samuel Arrington filed this attempted appeal of the district court's ruling denying Arrington's post-conviction "motion to unseal files." *See Arrington v. State*, No. 03-13-00066-CR, 2015 Tex. App. LEXIS 2052, at *2 (Tex. App.—Austin Mar. 5, 2015, pet. ref'd) (affirming conviction on direct appeal).

The standard for determining our jurisdiction is whether an appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008). There is no such grant of authority for this appeal from the denial of a motion to unseal files. *See id.*; *see also Mooney v. State*, No. 05-12-01221-CR, 2012 Tex. App. LEXIS 7888, at *1 (Tex. App.—Dallas Sept. 18, 2012, no pet.) (mem. op., not designated for publication) (concluding court lacked jurisdiction over appeal from order denying motion to unseal documents).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Jurisdiction

Filed: November 9, 2016

Do Not Publish